# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00142(1) |
| | § |
| (1) Juan Pedro Salinas-Marquez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 19, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Juan Pedro SALINAS-Marquez, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 04/15/2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Juan Pedro SALINAS-Marquez, was arrested by Border Patrol Agents, on January 19, 2022 for being an alien illegally present in the United States. Investigation and records*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Fuentes, Rubi
Border Patrol Agent

01/21/2022            at    DEL RIO, Texas
File Date                                       City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -00142(1)

(1) Juan Pedro Salinas-Marquez

**Continuation of Statement of Facts:**

of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 04/15/2009 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____   _____
Signature of Judicial Officer   Signature of Complainant